IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY TAYLOR,

        Petitioner,                    No. 2:09-cv-2986-JFM

    vs.

----

        Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed document in this court that has been opened as the above-captioned case. Review of the document shows that it was intended for the California Court of Appeal for the Fifth Appellate District. Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send the original document that was filed in this action as document # 1 to the California Court of Appeal for the Fifth Appellate District, 2424 Ventura Street, Fresno, California 93721-3005; and

/////

/////

/////

/////

1

1        2.  The Clerk of the Court is directed to close this action.

2   DATED:  October 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
tayl2986.5dca